PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVE CROWELL, | ) |
|             Plaintiff, | ) CASE NO. 1:22-CV-2140 <br> ) |
|             v. | ) <br> ) JUDGE BENITA Y. PEARSON |
| COMMISSIONER OF SOCIAL SECURITY, | ) <br> ) <br> ) |
|             Defendant. | ) **MEMORANDUM OF OPINION** <br> ) **AND ORDER** <br> ) |

      An Administrative Law Judge ("ALJ") denied Plaintiff Steve Crowell's application for disability insurance benefits ("DIB") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to the magistrate judge for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). On October 30, 2023, the magistrate judge submitted a Report (ECF No. 12) recommending that the Court vacate the Commissioner's decision and remand the case to the Commissioner.

      Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. On November 8, 2023, the Commissioner filed a Response to Magistrate Judge's Report and Recommendation (ECF No. 13) stating that the Commissioner will not be filing objections to the Report. Any further review by this Court would be a

(1:22CV2140)

duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

      Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is vacated, and the case is remanded to the Commissioner for further proceedings and a new decision.

      IT IS SO ORDERED.

| | |
|---|---|
| November 30, 2023 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |